# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0485
_____

THOMAS D. FRANKLIN,

Petitioner,

v.

NEW PALM FINANCIAL, LLC,
ROBERT LITTMAN, RL
ENTERPRISES, LLC, and All
Other Persons claiming by,
through, under or against said
Defendants,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

March 3, 2026

PER CURIAM.

DENIED.

LEWIS, ROBERTS, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Thomas D. Franklin, pro se, Petitioner.

W. Charles Hughes of Siegel Hughes Ross & Collins, Gainesville, for Respondents.